```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10
11  JOSHUA J. CONTRERAS,            )  NO. CV 09-3051-DSF(E)
                                    )
12                  Petitioner,     )
                                    )
13       v.                         )  ORDER OF DISMISSAL
                                    )
14  JAMES A. YATES, Warden,         )
                                    )
15                  Respondent.     )
    _____)
16
17
18       Petitioner filed a "Petition for Writ of Habeas Corpus By a
19  Person in State Custody" on April 30, 2009.  The Petition challenges
20  the criminal judgment in Los Angeles Superior Court case No. NA041074
21  (Petition at 2, 5).  Petitioner previously challenged this same
22  judgment in a prior habeas corpus petition filed in this Court.  See
23  Contreras v. Alameida, ED CV 02-5536-RT(E).  On January 10, 2003, this
24  Court entered Judgment in Contreras v. Alameida, ED CV 02-5536-RT(E),
25  denying and dismissing the prior petition on the merits with
26  prejudice.
27  ///
28  ///
```

1  The Court must dismiss the present Petition in accordance with
2 28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and
3 Effective Death Penalty Act of 1996"). Section 2244(b) requires that
4 a petitioner seeking to file a "second or successive" habeas petition
5 first obtain authorization from the court of appeals. See Burton v.
6 Stewart, 549 U.S. 147, 157 (2007) (where petitioner did not receive
7 authorization from Court of Appeal before filing second or successive
8 petition, "the District Court was without jurisdiction to entertain
9 [the petition]"); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir.
10 2000) ("the prior-appellate-review mechanism set forth in § 2244(b)
11 requires the permission of the court of appeals before 'a second or
12 successive habeas application under § 2254' may be commenced"). A
13 petition need not be "repetitive" to be "second or successive," within
14 the meaning of 28 U.S.C. section 2244(b). Miles v. Mendoza-Powers,
15 2007 WL 4523987, at *2-3 (E.D. Cal. Dec. 19, 2007) (subsequent
16 petition alleging different claims but challenging the same judgment
17 challenged in a prior habeas petition is "second or successive").
18 Petitioner evidently has not yet obtained authorization from the Ninth
19 Circuit Court of Appeals. Consequently, this Court cannot entertain
20 the present Petition. See Burton v. Stewart, 549 U.S. 157; see also
21 Dews v. Curry, 2008 WL 590476, at *3 (E.D. Cal. Feb. 29, 2008)
22 (without Court of Appeals' authorization, "this court lacks
23 jurisdiction to consider the petition").
24 ///
25 ///
26 ///
27 ///
28 ///

1      For all of the foregoing reasons, the Petition is denied and
2  dismissed without prejudice.

3

4      LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6        DATED: May 11, 2009

7

8

9                                          _____
10                                           DALE S. FISCHER
                           UNITED STATES DISTRICT JUDGE

11

12

13

14 PRESENTED this 4th day of

15 May, 2009, by:

16

17             _____/S/_____
                 CHARLES F. EICK
18 UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

3