**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSHUA J. CONTRERAS, | ) | NO. CV 09-3051-DSF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES A. YATES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 5/11/09

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE